IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.   04-CV-02269-MJW-PAC**

LINDA FROELICH, ET AL.,

Plaintiff(s),

v.

SOUTH SUBURBAN PARKS AND RECREATION DISTRICT, ET AL.,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

      It is hereby ORDERED that the Defendant South Suburban Parks and Recreation District's Unopposed Motion to Stay, filed with the Court on June 1, 2005, is GRANTED finding good cause shown.  The parties attended a mediation at the Judicial Arbiter Group and have reached a resolution which will result in the dismissal of the within case with prejudice.  The resolution will require the approval of the applicable court in Texas, as Ms. Griffith has been adjudicated as an incapacitated person.  This case is STAYED until September 29, 2005.  The parties shall file their stipulation for dismissal on or before September 29, 2005, or show cause why this case should not dismissed.

Date: July 22, 2005