IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

LINDA FROELICH, guardian and conservator of )
BARBARA T. GRIFFITH, an Incapacitated Person )
)
                Plaintiffs, )
)
v. )   Case No. 04-cv-02269-MJW-PAC
)
SOUTH SUBURBAN PARKS AND )
RECREATION DISTRICT, a governmental entity, )
CHOICENET/INTERCARE HEALTH PLANS, )
INC., now known as CNIC HEALTH SOLUTIONS, )
INC., a Colorado corporation, BENEFIT )
MANAGEMENT and DESIGN, INC., a Colorado )
corporation, and SAFECO LIFE INSURANCE )
COMPANY a Washington corporation. )
)
                Defendants. )

## ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court on the parties' Stipulated Motion for Dismissal with Prejudice. The Court, having reviewed the file and being fully advised in its premises, does hereby GRANT said Motion and does hereby ORDER:

The above mentioned matter is dismissed with prejudice with each party to pay their own attorney's fees and costs.

DONE and SIGNED this 1ST day of December, 2005.

BY THE COURT:

_____
Magistrate Judge Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE